**GABA LAW CORPORATION**
RUDY GABA, JR. (State Bar No.: 230475)
23141 VERDUGO DRIVE, SUITE 205
LAGUNA HILLS, CALIFORNIA 92653
T: 949-207-7100
F: 949-207-7108
rgaba@gabalawcorp.com

Attorneys for Plaintiff,
DISH NETWORK L.L.C, ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC

### UNITED STATES DISTRICT COURT,
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK L.L.C. ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC,<br><br>Plaintiff,<br><br>v.<br><br>ULISES RIOS<br><br>Defendants. | CASE NO: 2:14-CV-02549-WBS-KJN<br><br>ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER<br><br>[F.R.C.P. RULE 4(c)]<br><br>NO HEARING SCHEDULED |

## ORDER

Based upon Plaintiffs' Request for Service of Process by Registered Process Server, and upon finding of good cause,

**ITS IS HEREBY ORDERED** that Nationwide Legal LLC, who is at least 18 years of age, of suitable discretion, and not a party to the within action, be authorized and appointed to serve the writs in the above case. The U.S. Marshals office will remain the levying officer.

Dated: April 1, 2016

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE